JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Jose Amador Jacobo

         Plaintiff,

v.

Michel Sayegh et al

         Defendants.

Case No. CV 18-05572-AB (KSx)

ORDER DISMISSING CIVIL ACTION

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

The Order to Show Cause is discharged.

Dated: November 14, 2018    _____

                HONORABLE ANDRÉ BIROTTE JR.
                UNITED STATES DISTRICT JUDGE